IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Selene Ortiz, | No. CV-20-1746-PHX-SPL (DMF) |
| Plaintiff, | |
| v. | **ORDER** |
| County of Maricopa, et al., | |
| Defendants. | |

      The Complaint in this matter was filed September 8, 2020 (Doc. 1). On September 11, 2020, the Court ordered that "Plaintiff must either serve each Defendant or seek a waiver of service for each Defendant" and "If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Complaint, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m)" (Doc. 20). After Defendants Maricopa County, Rosie, Maria, Bevels, Penzone, Newman, Dean, Griego, Kaiser, Rice, Samaniego, Weaver, Collett, and Dugalic filed an answer to the Complaint (Docs. 25, 27), the Court set a case management conference for January 7, 2021 (Doc. 28) which was later reset to January 27, 2021 (Docs. 29, 30).

      On January 7, 2021, the Court granted Plaintiff leave to file an amended complaint and on that same date Plaintiff filed a First Amended Complaint (Docs. 32, 33). Defendants Maricopa County, Rosie, Maria, Bevels, Penzone, Newman, Dean, Griego, Kaiser, Rice, Samaniego, Weaver, Collett, and Dugalic filed an answer to Plaintiff's First Amended

Complaint (Docs. 34, 36). On January 27, 2021, the Court held a telephonic case management conference and issued a Case Management Order and ordered that the "deadline for motions to join parties, amend pleadings, and file supplemental pleadings is 60 days from the date of this Order. Motions for substitution of Doe defendants shall be made as soon as identities are reasonably available with due diligence, but no later than June 30, 2021" (Doc. 38 at 1). On March 30, 2021, the Court granted the parties' joint motion to amend the case management deadlines and ordered that the "deadline for motions to join parties, amend pleadings, and file supplemental pleadings is April 28, 2021. Motions for substitution of Doe defendants shall be made as soon as identities are reasonably available with due diligence, but no later than July 30, 2021" (Doc. 45 at 1).

After the deadline to file motions for substitution of the Doe defendants had passed, on November 4, 2021, the Court issued an Order to Show Cause as to why Defendant Unknown Parties, listed as Does 1-10 in the First Amended Complaint (Doc. 33), should not be dismissed from this action without prejudice (Doc. 83). There being no timely or even untimely response to the Order to Show Cause, the Court will dismiss the claims against Defendant Unknown Parties, listed as Does 1-10 in the First Amended Complaint (Doc. 33).

Accordingly,

**IT IS ORDERED** dismissing without prejudice Defendant Unknown Parties, listed as Does 1-10 in the First Amended Complaint.

Dated this 20th day of January, 2022.

Honorable Steven P. Logan
United States District Judge