C. TONY PICCUTA (AZ SBN: 028444)
SCOTTSDALE INJURY LAWYERS, LLC
8700 E. Pinnacle Peak Road, Suite 204
Scottsdale, Arizona 85255
Telephone: (480) 900-7390
Facsimile: (480) 562-6060
tony@scottsdaleinjurylawyers.com

Attorney for Plaintiffs, Selene Ortiz as guardian of Brian Ortiz, an incompetent person; and Selene Ortiz, individually

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Selene Ortiz as guardian of Brian Ortiz, an incompetent person; and Selene Ortiz, individually, <br><br> Plaintiffs, <br><br> v. <br><br> Maricopa County, a public entity; Et Al., <br><br> Defendants. | No.  2:20-CV-01746-SPL-DMF <br><br><br> **NOTICE OF SETTLEMENT** |

Please take notice that Plaintiffs, Selene Ortiz as guardian of Brian Ortiz, an incompetent person; and Selene Ortiz, individually, and all named Defendants, have reached a settlement agreement under which Plaintiffs agree to dismiss this action with prejudice. The settlement is subject to approval by the probate court. Thereafter, the settlement is subject to final approval by the Board of Supervisors for the County. The parties will submit a stipulation for dismissal of the action with prejudice once the aforementioned events are completed and the settlement is funded. Both counsel for Defendants have approved the filing of this notice.

///

///

///

1

Dated: January 27, 2022

**SCOTTSDALE INJURY LAWYERS, LLC**

2

3

/s/_____*C.T. Piccuta*_____

4

C. Tony Piccuta

**Attorney for Plaintiffs, Selene Ortiz as guardian of Brian Ortiz, an incompetent person; and Selene Ortiz, individually**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28