C. TONY PICCUTA (AZ SBN: 028444)
SCOTTSDALE INJURY LAWYERS, LLC
8700 E. Pinnacle Peak Road, Suite 204
Scottsdale, Arizona 85255
Telephone: (480) 900-7390
Facsimile: (480) 562-6060
tony@scottsdaleinjurylawyers.com

Attorney for Plaintiffs, Selene Ortiz as guardian of Brian Ortiz, an incompetent person; and Selene Ortiz, individually

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Selene Ortiz as guardian of Brian Ortiz, an incompetent person; and Selene Ortiz, individually,<br><br>Plaintiffs,<br><br>v.<br><br>Maricopa County, a public entity; Et Al.,<br><br>Defendants. | No. 2:20-CV-01746-SPL-DMF<br><br>**STIPULATION TO EXTEND DISMISSAL DATE** |

NOW COME the Parties, by and through undersigned counsel, and hereby stipulate and respectfully request that the Court enter and Order extending the dismissal date set in this matter by 75 days.

**RECITALS**

1. On March 30, 2022, this Court entered an Order setting this matter for a dismissal with prejudice on April 20, 2022. (Doc. 99).

2. The settlement in this case necessitated the appointment of a conservator and the approval of the probate court.

3. A Petition for the appointment of a conservator and approval of settlement was filed. The hearing on the Petition is set for May 2, 2022.

///

4. Once the Petition is approved, the parties will still need time to finalize other housekeeping matters including the issuance and payment of the settlement funds from two separate entities.

5. As such, the parties request that the Court continue the dismissal date of April 20, 2022 by 75 days to allow the parties to accomplish these tasks.

It is so stipulated and respectfully requested by the Parties.

Dated: March 30, 2022  **SCOTTSDALE INJURY LAWYERS, LLC**

/s/ *C.T. Piccuta*
C. Tony Piccuta
Attorney for Plaintiffs, Selene Ortiz as guardian of Brian Ortiz, an incompetent person; and Selene Ortiz, individually

Dated: March 30, 2022  **WIENEKE LAW GROUP, PLC**

/s/ *Christina Retts w/ permission*
Kathleen L. Wieneke
Christina Retts
Attorneys for Defendants, Maricopa County, Rosie, Maria and Bevels

Dated: March 30, 2022  **BROENING OBERG WOODS & WILSON, P.C.**

/s/ *Sarah L. Barnes w/ permission*
Sarah L. Barnes
Attorneys for Defendants, Sheriff Penzone, Sgt. Thomas Newman, Ofc. Raquel Dean, Ofc. Elian Griego, Ofc. Bret Kaiser, Ofc. Brandon Rice, Ofc. Carlos Samaniego, Ofc. Douglas Weaver, Ofc. Christopher Collett and Ofc. Amir Dugalic