# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Selene Ortiz as guardian of Brian Ortiz, an incompetent person; and Selene Ortiz, individually,<br><br>Plaintiffs,<br><br>v.<br><br>Maricopa County, a public entity; Et Al.,<br><br>Defendants. | No. 2:20-CV-01746-SPL (DMF)<br><br>**[Proposed] ORDER** |

This matter is before the Court on the parties' Stipulation to Extend Dismissal Date and upon good cause showing, **IT IS ORDERED** granting the parties' Stipulation.

This case will be dismissed with prejudice on July 5, 2022 unless a stipulation to dismiss is filed prior to the dismissal date.

DATED this _____ day of _____, 2022.

_____
_____
Honorable Steven P. Logan
United States District Judge