IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Selene Ortiz,<br><br>　　　　　Plaintiff,<br>vs.<br><br>County of Maricopa, et al.,<br><br>　　　　　Defendants. | No.  CV-20-01746-PHX-SPL (DMF)<br><br>**ORDER** |

　　　　Before the Court is the parties' Stipulation (Doc. 100), in which they request to extend the dismissal deadline an additional seventy-five (75) days. The parties state the additional time is necessary based on the required appointment of a conservator and probate court approval. A hearing on the petition is currently set for May 2, 2022. Good cause appearing,

　　　　**IT IS ORDERED** that the Stipulation to Extend (Doc. 100) is **granted**. This case will be dismissed *with prejudice* on **July 4, 2022** unless a stipulation to dismiss is filed prior to the dismissal date.

　　　　Dated this 31st day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge