IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Selene Ortiz, | No. CV-20-01746-PHX-SPL (DMF) |
| Plaintiff, | **ORDER** |
| vs. | |
| County of Maricopa, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 103) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 7th day of June, 2022.

Honorable Steven P. Logan
United States District Judge